### The People *vs.* Hester Pierpont. *Receiving stolen goods, knowing they were stolen.*

HESTER PIERPONT was charged with receiving stolen goods, knowing they were stolen.

*Maxwell, District Attorney*, after proving the sale of part of the goods mentioned in the indictment, to her by

On a charge of receiving stolen goods, knowing they were stolen, it is no compe-

NEW-YORK, William Anderson, who it appeared was the thief who stole
Jan. 1823. them, offered to show that the house of the defendant was
The People the resort of felons, who came there to dispose of their
vs. booty.
John Warner.

D. *Graham*, counsel for the prisoner, objected.

tent for the *The Court* overruled the evidence ; and the prisoner
District At- was acquitted.
torney to
prove that the
house of the
prisoner was
the resort of
felons, who
came there to
dispose of
stolen goods.